## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**BRAD E. PROCTOR,**

      **Plaintiff,**

**v.**                                      **Civil Action No. 2:19-cv-00432**

**M.P. KING, N.S. STEPP, S.A. McDONALD,**
**Z.W. HARTLEY,**

      **Defendants.**

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

    **COMES NOW**, Plaintiff Brad E. Proctor, by counsel, Mark Plants and Kevin Davis, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure hereby submit their disclosure of expert witnesses. Plaintiff reserves all of their rights to amend or supplement these discloses as investigation and discovery proceeds.

1.    **Gerry D. Billy, MCJ**
        **Billy & Associates, LLC P.O.**
        Box 115 Newark, Ohio 43055
        (740)344-4190 Phone (740) 344-4190 Fax (740) 404-1241 Cell

    Expected to testify and render opinions regarding defendants' use of excessive force and Roane County Commission's negligence and deliberate indifference. Please see report attached hereto. The expert's fee schedule for services: $1,500 retainer fee, $125.00 per hour for case review, research and writing of the consultant report, actual costs for copy and postage, $1,200 per day or part thereof for testimony in depositions or trial, travel (port to port) and lodging expenses pursuant to the current Federal rates for the area.

2.    **Plaintiff's Medical Providers at**
        **Braxton County Memorial Hospital, including but not limited to:**
                **Dr. Mark Waddell – Attending Physician**
                **Dr. John F. Mega – Radiologist**
        100 Hoylman Drive
        Gassaway, WVV 26624

EXHIBIT 1

304-364-5156

Expected to testify and render opinions regarding relatedness and permanency of plaintiff's injuries.

3.    **Plaintiff's Medical Providers at**
       **Central Regional Jail**
       1255 Dryer Hill Road
       Sutton, WV 26601
       304-765-7904

Expected to testify and render opinions regarding relatedness and permanency of plaintiff's injuries.

4.    Plaintiff reserves the right to call any and all expert witnesses identified or disclosed by the Defendant.

5.    Plaintiff reserves the right to call any expert witness whose identity or relevance becomes known through the discovery process.

6.    Plaintiff reserves the right to call any expert witness necessary for rebuttal purposes.

7.    Plaintiff reserves the right to call any and all physicians and/or other medical providers whose identity or relevance becomes known through the discovery process.

8.    Plaintiff reserves the right to call any expert witness whose identity or relevance becomes known through the discovery process. Plaintiff reserves the right to amend or supplement this disclosure.

**By Counsel**

**Mark S. Plants WVSB#9760**
**320 2nd Avenue**
**So. Charleston, West Virginia 25303**
**Tel. (304) 744-9148**
**mplants@plantslaw.com**

EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**BRAD E. PROCTOR,**

       **Plaintiff,**

**v.**                                        **Civil Action No. 2:19-cv-00432**

**M.P. KING, N.S. STEPP, S.A. McDONALD,**
**Z.W. HARTLEY,**

       **Defendants.**

### CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff, Brad Proctor, do hereby certify on this **14**[th] day of September, 2020 the instant **Certificate of Service** with regard to "Plaintiff's Rule 26(a)(2) Disclosures" was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record as listed below. A complete copy of "**Plaintiff's Rule 26(a)(2) Disclosures**" was also served upon counsel via email.

*Mark Plants*

_____
**Mark S. Plants WVSB#9760**
**320 2**[nd] **Avenue**
**So. Charleston, West Virginia 25303**
**Tel. (304) 744-9148**
**Fax: (681) 245-6303**

EXHIBIT 1