

**Curriculum Vitae**

Current through May, 2019

**Sheriff Gerry D. Billy, (Retired)**

P.O. Box 115 Newark, Ohio  43055
Phone: (740) 404-1241
sheriffbilly@alink.com

EXHIBIT 2

**CURRICULUM VITAE**

**NAME**                    Gerry D. Billy

    *Business Offices:*        Billy & Associates, LLC
                                   P.O. Box 115
                                   Newark, Ohio 43058
                                   (740) 404-1241 Cell

    *E-Mail:*                *sheriffbilly@alink.com*

    *Web Site:*              BillyandAssociates.com

**EDUCATIONAL HISTORY**

*June 1990*

    **University of Alabama**
    Department of Criminal Justice
    P.O. Box 6365
    Tuscaloosa, Alabama 35487
        *Master of Criminal Justice Degree – Honors*

*June 1980*

    **Ohio Dominican College**
    1216 Sunbury Road
    Columbus, Ohio 43219
        *Bachelor of Arts Degree*
        *Criminal Justice - Honors*

*June 1975*

    **Muskingum Area Technical College**
    1555 Newark Road
    Zanesville, Ohio 43701
        *Associate of Applied Science Degree*
        *Police Science - Honors*

2

## EMPLOYMENT HISTORY

*Employed:*    *January 1989 to present*

**PRESIDENT – BILLY & ASSOCIATES, LLC**
P.O. Box 115
Newark, Ohio 43058

Billy & Associates was founded in 1989 as an Ohio limited partnership and reformed in 1993 as a Limited Liability Company. Since inception, the mission of our firm has been to provide the highest level of professional service to criminal justice clients across the nation in the form of training, technical assistance, expert testimony and consulting services. Billy & Associates, LLC is a multi-disciplinary criminal justice firm formed by full-time law enforcement and correctional professionals, not theorists. Every associate with our firm possesses the relevant professional qualifications and credentials, specialized training, and practical hands-on experience to set us apart from other criminal justice planning and training companies.

Billy & Associates, LLC has served thousands of clients in over three decades of service to the criminal justice community throughout the country.

*Employed:*    *September 2014 to present*

**Adjunct Faculty and Basic Police Academy Instructor**
Central Ohio Technical College (COTC)
1179 University Drive
Newark, Ohio  43055

I also serve as an Adjunct Instructor at COTC carrying between two to five classes per semester, generally 10 classroom hours +/- per week. I instruct nearly all of the college corrections courses from introductory level to management and leadership courses. I also instruct introductory and advanced courses in criminal justice, ethics, contemporary issues, victimology, Constitutional Law, criminal legal procedures and I supervise graduating students during their practicum (internship) phase.

Central Ohio Technical College also conducts basic police academies, certified by the Ohio Peace Officer's Training Council (OPOTC), and are offered as a part of the core law enforcement curriculum for  an Associate's Degree in Law Enforcement. The college also conducts "stand alone" basic police officer academies under the auspices of OPOTC in four different central Ohio counties. I possess (I believe) the last active permanent OPOTC instructional certificate and have taught in scores of Basic Police Academies since my certificate was first issued in June, 1974.

*Employed:*     *September 2014 – present*

**Adjunct Faculty and Basic Police Academy Instructor**
Columbus State Community College
550 East Spring Street
Columbus, Ohio  43215

I also currently instruct at Columbus State Community College in the Public Safety-Law Enforcement Department. I currently carry three courses per semester which equates to approximately 9 classroom hours per week. I instruct an introduction criminal justice class, corrections and an ethics in criminal justice class.

*Employed:*     *October 2013 – December 2013*

**Security Staff**
Harry & David's – Seasonal Holiday Work
500 Reliance Drive
Hebron, Ohio  43025

My responsibilities as a member of the security staff at Harry and David's were expansive yet only temporary. During my time over the holiday season, I assisted in maintaining security over the major distribution center, assembly, storage and transportation.  Harry & David's is an American-based premium food and gift producer and retailer. The company sells its high-end products through direct mail, online and in retail stores nationwide, and operates the brands Harry & David, Wolferman's and Cushman's, 1-800 Flowers, Stockyard Meats and Cheryl's Cookies.

*Employed:*     *February 1, 2012 – January 8, 2013*

**Detention Administrator**
Curry County Detention Center
801 Mitchell Street
Clovis, New Mexico  88101

In December 2011 I negotiated a three-year contract with the Curry County Board of County Commissioners to serve as the Detention Administrator for the adult (separate male and female facilities) and the juvenile detention centers. My contract specified that I would report directly to the county commission during my tenure. In January 2012 I worked in Curry County as a private consultant to the CCDC until February 1, 2012 when my full-time appointment as the Administrator began.

As Administrator my duties included operational, management and leadership responsibilities. I oversaw the supervision of approximately 65 correctional and support staff, developed the

agency fiscal budget, realigned the organization structure for greater efficiency and individual accountability, wrote policies, procedures and post orders for the daily operation of the jail, conducted bi-weekly administrative staff meetings, developed and taught in the first academically-oriented basic corrections academy, spoke extensively throughout Curry County on radio, television, and various government and social settings to promote the design and construction of a new Special Housing Unit and the revitalization of the existing Curry County Jail. I met or spoke regularly (typically weekly) with the Chairman of the County Commission and reported activities at the detention center to the County Commission at their monthly public meetings.

On January 8, 2012 at the first regularly scheduled County Commission meeting of the New Year, I was fired without cause or explanation. This matter is currently awaiting a decision on the amount of interest and back-pay to be levied against Curry County in the NM State Appellate Court. If you have questions in this regard please contact my attorney, Eric Dixon, Esq. in Portales, NM; telephone number 575-0359-1233.*

*The case of *Gerry Billy v. Curry County Board of County Commissioners*, No. D-905-CV-2014-00420, came before the Court for jury trial between July 27th, 2016 and August 1st, 2016. The jury awarded monetary judgements, fees, and interest against the Defendant Curry County Commissioners for violations pursuant to the New Mexico "Whistle Blowers Protection Act (WPA)." The Defendants are currently appealing the decision which sits before the Court of Appeals of the State of New Mexico.

*Employed:    April 2005 – April 2009*

**PROGRAM DIRECTOR – CRIMINAL JUSTICE**
Central Ohio Technical College
1179 University Drive
Newark, Ohio 43055

Following my retirement as the Sheriff of Licking County, Ohio, I accepted a position as the Program Director for Criminal Justice at Central Ohio Technical College. As Program Director I was charged with the overall development of criminal justice curriculum and oversight of all basic police academies operated at the college under the auspices of the Ohio Peace Officer Training Council (OPOTA). I coordinated the development a new plans of study which offered a greater range of criminal justice opportunities for an Associate Degree of Applied Science; to include the new options in corrections, law enforcement and homeland security. I developed, implemented and monitored the Articulation Agreements with corrections and law enforcement agencies in a five-county area for student practicum's and supervised all full-time professors and adjunct instructional staff. I developed and maintained the departmental budget, approved departmental acquisitions and served as the certified OPOTA Academy Commander for both the college academies and the stand-alone basic police academies.

I resigned in April of 2009 in light of the increased demands for my services as a consultant, technical assistance advisor, and trainer on a national level. I continue today to serve as a Police Academy Commander and Instructor.

**LICKING COUNTY SHERIFF**
155 East Main Street
Newark, Ohio 43055

*Employed:     January 1981 to January 2004*

I completed six full terms (24 years) as the elected Sheriff of Licking County, Ohio, and have been in the profession of law enforcement and corrections for over three decades. As frequent speaker and trainer at state and national conferences on correctional and law enforcement issues, I have also trained in Canada and was selected to serve as an American Delegate to the annual conference of Her Majesty's Prison Service in Manchester, England.  I have authored a number of articles in national publications on jail, law enforcement and management related topics and I was also the co-author of Ohio's Basic Correctional Officer's Training curriculum. I have served as a consultant to the State of Ohio, U.S. Department of Justice, the National Institute of Corrections, the Bureau of Indian Affairs, and the U.S. Attorney General's Office.

As the Sheriff of Licking County, I had a multitude of statutory, management and leadership responsibilities. The Licking County Sheriff's Office employs over 200 sworn and civilian staff with an annual budget of over $15 million. Licking County represents the second largest geographical county in Ohio with 686 square miles and a population in excess of 200,000 people.  During my tenure in office the Licking County Sheriff's Office became the first agency in Ohio and tenth in the nation to achieve the coveted Triple Crown Award for simultaneous accreditation through the National Commission on Correctional Health Care, the Commission on Accreditation for Corrections, and the Commission on Accreditation for Law Enforcement Agencies.

*Employed:     July 1978 to December 1980*

**INVESTIGATOR**        (Labor and Litigation Investigator)
Porter, Wright, Morris and Arthur
Attorneys at Law
37 West Broad Street
Columbus, Ohio 43215

*Employed:     June 1976 to July 1978*

**SPECIAL AGENT-IN-CHARGE**
Tri-County Anti-Crime Unit (a Multi-County Drug and Organized Crime Unit)
22 South Second Street
Newark, Ohio 43055

6

*Employed:*    *January 1974 to July 1976*

**DETECTIVE**
Muskingum County Sheriff's Office
28 North Fourth Street
Zanesville, Ohio 43701

*Military Service:*    *December 1971 to November 1973*
                   *Honorable Discharge*

**MILITARY POLICE INVESTIGATOR**
U.S. Army
MOS:  95B2V5

## PRESENT/PAST PROFESSIONAL CERTIFICATIONS

- Certified Jail Manager (CJM) – Examination through the American Jail Association

- Certified Correctional Executive (CCE)-Examination through the American Correctional Association

- Certified Law Enforcement Manager (CLEM) – Certification through the Buckeye State Sheriff's Association

## INSTRUCTOR CERTIFICATIONS

- Recognition, Prevention. and Management of Excited Delirium and Sudden, In-Custody Deaths Instructor Certificate

- Methamphetamine Awareness Instructor Certification

- Ohio Peace Office Instructor's Update Training – Necessary to Maintain Basic Peace Officer Instructor Status

- Ohio Peace Officer  Academy Commander's Certificate

- Ohio Peace Officer Basic Training Program – Ohio Peace Officer Training Council - #1195 (permanent certificate)

- Corrections Instructor Training Program – Ohio Peace Officer Training Council - Certificate #C-0336

- American Society of Law Enforcement Trainers – LET #3583

- International Association of Correctional Training Personnel

- Criminal Justice Standards and Training Commission – Florida Department of Law Enforcement

- National Institute of Corrections –  Certified Interpersonal Communications Instructor (IPC) – National Institute of Corrections

- Planning of New Institutions Instructor – National Institute of Corrections

### CURRENT AND PREVIOUS PROFESSIONAL ACTIVITIES

- U.S. Bureau of Justice Assistance (BJA) – Office of Justice Programs Peer Reviewer

- American Jail Association (AJA) – Past President, AJA Instructor,  Awards Committee, Subject Matter Expert in Program Development, Track Manager for AJA Annual Training and Jail Expositions

- National Sheriff's Association –  Indian Affairs Committee

- International Association of Correctional Training Committee (IACTP) – Elected to the Board of Directors, Chair of the Professional Training Certification Committee, Annual Training Conference Committee

- Correctional Accreditation Association of Ohio (CAAO) – Elected to the Board of Directors as the Delegate for Ohio's Adult Jail Facilities

- Narcotics Association of Regional Coordinating Officers (NARCO) – Past President and Training Chair

- Office of Law Enforcement Technology and Commercialization (OLETC), U.S. Department of Justice/National Institute of Justice – U.S. Representative for Adult Detention (Jails)

- Correctional Accreditation Managers Association (CAMA) – National Training Conference Track Manager; Local Adult Detention Accreditation
- Buckeye State Sheriff's Association – Past President, Instructor in the Newly Elected Sheriff's Academy, Training and Education Committees, Community Corrections Committee

- National Collation of Correctional Associations – American Jail Association Representative

8

- Ohio Bureau of Adult Detention – Ohio Minimum Jail Standards Review Committee and Subject Matter Expert

- Tiffin University – Curriculum Review and Criminal Justice Advisory Committee

### SELECTED TECHNICAL ASSISTANCE PROJECTS*

**Facility Assessment**:  National Institute of Corrections (N.I.C) Consultant, Rankin County MS.

**Establishing an Inmate Per Diem Rate:** National Institute of Corrections (N.I.C) Consultant, Union County, Iowa

**Consultant and Trainer;** Development and implementation of the current inmate processing fees protocol for the West Virginia Regional Jail and Correctional Facility Authority, Charleston, WV.

**Policies and Procedures Development:** Bureau of Indian Affairs, Lower Brule Sioux Tribe, Lower Brule Reservation, SD.

**Planning of New Institutions (PONI);** N.I.C. Lead Consultant, Ravalli County, MT.

**Training for Trainers: How to Develop and Successfully Operate a Field Training Officer Program;** Consultant, Program Development and Instructor, Southwest Florida Regional Training Academy, Ft. Myers, Fla.

**Functional Facility Plans Review;** N.I.C. Lead Consultant, Washington County, ID.

**Federal Grant Development Strategies for Indian County Detention:** Exploration of Federal grants availability and strategies for grant writing and submission, BIA, Albuquerque, NM

**Drug Interdiction Project;** Department of Justice Consultant, Pennsylvania Department of Corrections, Greaterford Prison, PA.

**Developing a Jail Transition Plan;** N.I.C. Lead Consultant, Beaufort County, SC.

**Staffing Analysis;** Consultant, Corrections Commission of North West Ohio, Stryker, OH

**Development of Policies, Procedures and Post Orders;** Seneca County Jail, Tiffin, Ohio

**Facility Assessment:** National Institute of Corrections (N.I.C) Consultant, Tishomingo County, MS.

**Managing a Small Jail;** N.I.C. Program development and Instructor, National Academy of Corrections, Longmont, CO.

**Project Director and Trainer:** Development and delivery of SA-PREP (Substance Abuse Pre-Entry Program), an innovative pre-release inmate program presented to over 1,000 inmates housed throughout the West Virginia Regional Jail System.

**Local Jail Systems Inspection and Recommendations for Change;** N.I.C. Lead Consultant, Sunnyside, WA.

**Managing Large Jail Systems;** N.I.C. Program development and Instructor, National Academy of Corrections, Longmont, CO.

**Developing Protocols for the Implementation of Inmate Processing Fees:** State of West Virginia, Regional Jail and Correctional Facility Authority

**Pre-Occupancy Inspection and Recommendations;** Technical Assistance Network of Ohio (TANO) Consultant, Euclid City Jail, Euclid, Ohio

**Local Jail Systems Assessment;** N.I.C. Lead Consultant, Mohave County, AZ.

**Facility Transition Planning;** Consultant, Raleigh/Durham, NC.

**Operational Assessment;** N.I.C. Lead Consultant, Carson City, NV.

**State Jail Inspectors as Change Agents;** Program development and Instructor, National Academy of Corrections, Longmont, CO.

**Consultant: Staffing Analysis and Operational Recommendations;** Mahoning County, OH.

**Operational Assessment of Regional Jail System ;** Consultant, U.S. Bureau of Justice Assistance, West Virginia Regional Jail and Correctional Facility Authority, South Central Regional Jail, Charleston, WV.

**Facility Assessment and Policy Review for Accreditation;** College Station, TX

**Local Criminal Justice System Assessment;** N.I.C. Lead Consultant, Bibb County, AL.

**Inmate Capacity Recommendation and Staffing Analysis;** Consultant, Muskingum County Jail, OH.

**Planning of New Institutions (PONI);** N.I.C. Lead Consultant, Newton, IN.

**Jail Facility Assessment and Defense Preparation;** Consultant, Marshall County Jail, Guntersville, AL.

**Jail Facilities Assessments;** Consultant, evaluation of nine (9) Southeastern Ohio jails for the Buckeye Joint-County Self-Insurance Council

**Local Criminal Justice Systems Assessment;** N.I.C. Consultant, Osceola County Sheriff's Office, Kissimmee, FL.

**Jail Facility Assessment and Policy Review;** N.I.C. Lead Consultant, Cheyenne County Sheriff's Office, Cheyenne Wells, CO.

**Facility Assessment;** N.I.C. Lead Consultant, Lewis County Detention Center, Vanceburg, KY.

**Recognized  Corrections Expert;** Federal and State Court

**Recognized Law Enforcement/Local Corrections Expert;** Arbitration Hearings

_____  _____

*This section is intended to demonstrate the range of expertise and types of projects completed by Gerry Billy, not the totality of his work.

## PROFESSIONAL COMMISIONS AND APPOINTMENTS
### (Past and Present)

**Ohio Minimum Jail Standards Review and Revision Committee**
- Appointed by the Ohio Bureau of Adult Detention as a subject matter expert to assist in the review and revision of the current minimum standards for full-service jails in Ohio.

**Continuing Education Committee for Ohio Sheriffs**
- Initially appointed by Order of the Ohio Attorney General, Honorable Lee Fisher, 1992

**Chairman, Certified Jail Manager (CJM) Project and Subject Matter Expert**
- American Jail Association

**An Analysis of Tasks Performed by Ohio's Law Enforcement Officers**
- Project initiator and subject matter expert, Ohio Office of Criminal Justice Services (Volumes 1-7), 1994-1997

**Minority Over-Representation Commission, Ohio**
- Department of Corrections and Rehabilitation, appointed to Commission as President of Buckeye State Sheriff's Association, 1994

**Ohio DNA Research Study**
- Appointed by Director of Ohio Bureau of Criminal Identification and Investigators, 1993

**Director, Interstate Homicide Task Force**
- Initially appointed by Attorney General Lee Fisher, 1991

**Director and Chairman of the Board, Central Ohio Drug Enforcement Task Force (CODE TF)**
- Developed and coordinated the operation of a six-county, 23 law enforcement agency drug task force operating in Central Ohio.

**Governor's Committee on Prison Crowding**
- Appointed by Executive Order of the governor of the State of Ohio, Honorable Richard F. Celeste

**SELECTED HONORS AND AWARDS**

**WHO'S WHO IN AMERICA (2003)**
Marquis Who's Who Publication Board

**ARKANSAS TRAVELER (2002)**
Presented through the Office of Governor in recognition of contributions to the advancement of the criminal justice profession in the State of Arkansas, awarded April 23, 2002.

**PRESIDENTIAL  SERVICE AWARD FOR DISTINGUISHED SERVICE (2002)**
Honored as Past President of the American Jail Association and for serving as a 13 year member of AJA Board of Directors.

**HONORARY MOUNTAINEER (2000)**
Presented by Governor Underwood in recognition of contributions to the advancement of the West Virginia Regional Jail and Correctional Facility Authority, awarded March 23, 2000.

**AWARD OF EXCELLENCE: Best Practices-Excellence in Corrections (1998)**
American Correctional Association

**OUTSTANDING LAW ENFORCEMENT OFFICER OF OHIO (1992)**
Selected as the Outstanding Law Enforcement Officer of Ohio by the Veterans of Foreign Wars (Ohio VFW). Selected as the National Runner-Up in 1993 by a National VFW Committee as the Ohio winner.

**RECOGNITION FOR OUTSTANDING PROFESSIONAL ACHIEVEMENT (1991)**
Honored before the Ohio Senate
Senator Stanley J. Aronoff, President of the Ohio Senate
Senator Steven O. Williams, 31st District

**WHO'S WHO OF EMERGING LEADERS IN AMERICA (First Edition) (1987-1988)**
Marquis Who's Who Publication Board

**THE OUTSTANDING CRIMINAL JUSTICE PROFESSIONAL OF OHIO (1988)**
Ohio Council of Criminal Justice Education

**BABE RUTH BASEBALL INTERNATIONAL APPRECIATION AWARD (1988, 1986)**
For serving as the Host President of the Babe Ruth World Series

**WHO'S WHO IN THE MIDWEST (Twentieth Edition) (1986-1987)**
Marquis Who's Who Publication Board

**OUTSTANDING YOUNG MAN OF LICKING COUNTY (1983)**
Newark Area Jaycees

**OUTSTANDING YOUNG MEN OF AMERICA (1985, 1983, 1982, 1981)**
U.S. Jaycees

## SELECTED INSTRUCTION AND PRESENTATIONS

### 2019

- "Criminal Law and Procedure," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester (Scheduled)

- "Juvenile Law and Procedures," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester (Scheduled)

- "Constitutional Law," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Spring Semester

- "Criminal Justice Practicum," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Corrections," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

### 2018

- "Criminology," Adjunct Faculty, Central Ohio T; Newark, Ohio Technical College; Newark, Ohio; Autumn Semester

- "Criminal Law and Procedure," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester

- "Introduction to Homeland Security," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester

- "Constitutional Law for Criminal Justice," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Spring Semester

- "Criminal Justice Practicum," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Spring Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Spring Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Spring Semester

### 2017

- "Introduction to Corrections," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Criminology," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Criminal Justice Practicum," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

**2016**

- "Correctional Administration," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Contemporary Criminal Justice Issues," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Criminal Justice Practicum," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester

- "Ethics in Criminal Justice," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester-Independent Study

- "Criminology," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Summer Semester-Independent Study

- "Introduction to Corrections," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Drugs and the Criminal Justice System," ," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

**2015**

- "Correctional Administration," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Winter Semester

- "Juvenile Processes, Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Spring Semester

- "No Hats, Bats, Lasers or Tasers: An Analysis of Direct Supervision in America," American Jail Association's Annual Training Conference and Expo; Charlotte, NC, April 19th

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Spring Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Spring Semester

- "Criminal Law and Procedure," Adjunct Faculty, Central Ohio Technical College, Newark, Oh; Summer Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Summer Semester

- "Introduction to Criminal Justice," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Government and the Law," Adjunct Faculty, Columbus State Community College; Columbus, Oh; Autumn Semester

- "Introduction to Corrections," Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

- "Ethics in Criminal Justice." Adjunct Faculty, Central Ohio Technical College; Newark, Oh; Autumn Semester

**2014**

- No consultant training, instruction or criminal justice projects for the entire year

**2013**

- No consultant training, instruction or criminal justice projects for the entire year

**2012**

- American Jail Association's Annual Training Conference and Expo; Reno, NV. Training Program Moderator, April 22-24

- "Training for Trainers in Direct Supervision," Suffolk County Sheriff's Office, Long Island, NY, May 6th - 11th

- Updates in Correctional Healthcare Accreditation," National Commission on Correctional Health Care, San Antonio, TX, June 15th – 17th

**2011**

- "Jail Leadership and Management Symposium," Reno, NV; November 28th – December 1st, American Jail Association

- "Fumbled Leadership" – Huntsville, TX; October 18, 2011, 42nd Annual Correctional Management Institute of Texas, Sam Houston State University

- "Leadership Training for Supervisors" – Albuquerque, NM; January 24th – 27th, American Jail Association Training Symposium

**2010**

- "Jail Leadership and Management Symposium" – Incline Village, NV; November 29th – December 2nd, American Jail Association Training Symposium

- "Transitioning Into a Direct Supervision Jail" – Butte, MT; July 12th – 14th, American Jail Association Contract Training

- "Administering Inmate Medications and Staff Response to Illness and Disease" Mobridge, SD; BIA District #1 Training Seminar; April 26th – 27th

**2009**

- "Leadership and Management Symposium" – Lake Tahoe, NV; November 30th – December 3rd , American Jail Association Training Symposium

- "Performance, Perks and Pals: A Study of Correctional Subcultures" and "Leading by Intuition" – South Padre Island, TX; August 24th – 27th , Texas Jail Association

- "Security and Medical Working Together" – Las Vegas, NV; April 6th, National Commission on Correctional Health Care Annual Training Conference

- "Juvenile Corrections: The Interwoven Role of Security and Treatment" – Wanbli Wiconi Tipi, Rosebud Sioux Tribe, SD; February 23rd – 25th, BIA

- "Direct Supervision Transition" – Suffolk County Sheriff's Office, Yaphank, NY; February 2nd – 5th, Contract Training

- "The Role of the Supervisor in Direct Supervision Style Jails" – Columbia, SC; January 12th – 14th; American Jail Association Contract Training

**2008**

- "The Role of Leadership for Line Supervisors in Jail Operations" – Lubbock, TX; November 17th – 21st , American Jail Association Training Symposium

- "The Influence of Organizational Subcultures on Employee Performance" – Sam Houston State University, TX; October 21st ; Texas Jail Manager's Annual Conference

- "Direct Supervision Training for Line Supervisors" – Omaha, NE, September 29th - October 1st , American Jail Association Contract Training

- "The Principles and Dynamics of Direct Supervision Revisited" – Boston, MA; April 21st – 23rd , American Jail Association Training Seminar

- "The Challenges of Leadership" – Hilton Head, SC; February 11th – 13th, American Jail Association Contract Training

**2007**

- "Jail Management and Leadership Symposium" – Reno, NV; November 26th – 29th , American Jail Association Training Seminar

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 24th - 27th, American Jail Association Training Seminar

- "Dynamics and Challenges of Leadership" – Omaha, NE; September 10th - 12th, American Jail Association Training Seminar

- "Supervisory Training in Indian Country Jails" – Ft. Yates, ND ; July 16th – 19th,  Bureau of Indian Affairs, Standing Rock Sioux Reservation

- "Indian Country Detention: Issues and Actions" – Lower Brule, SD; May 29th – June 1st, Bureau of Indian Affairs, District 1, Lower Brule Sioux Reservation

- "Correctional Leadership" – Williamsburg, VA,  April 23rd – 25th, American Jail Association Training Seminar

- "Training for Line Supervisors in Direct Supervision" – Omaha, NE, February 26th – 28th, American Jail Association Contract Training

**2006**

- "Jail Management and Leadership Symposium" – Reno, NV; November 27th – 30th, American Jail Association Training Seminar

- "Training for Line Supervisors in Direct Supervision Jails" – Myrtle Beach, SC; November 13th – 15th, American Jail Association Training Seminar

- "Training for Line Supervisors in Indian Country Jails" – Ft. Yates, ND ; November 6th – 8th, BIA District 1 Corrections, Standing Rock Sioux Reservation

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 25th - 28th, American Jail Association Training Seminar

- "Correctional Leadership Symposium" – Phoenix, AZ; July 24th – 27th, American Jail Association Training Seminar

- "A Round Table Discussion on the Principles and Dynamics of Direct Supervision Jail Management" - Salt Lake, UT; May21th, American Jail Association's 25th Annual Training and Exhibitor's Conference

- "Managing Indian Country Jails in Troubled Times" - District 1 Training Conference, Standing Rock Sioux Reservation, ND; April 20th - 21st

- "Leadership in Direct Supervision" – Reno, NV; January 29th – February 2nd, American Jail Association Training Seminar

- "Training for Line Supervisors in Direct Supervision Jails" – Reno, NV; December 5-7, American Jail Association Training Seminar

- "Leadership Symposium" – Reno, NV; November 28th - 30th, American Jail Association Training Seminar

**2005**

- "Emergency Preparedness for Indian County Jails" - November 14th, National Native American Law Enforcement Association's Annual Training Conference, Las Vegas, NV

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 26th –29th, American Jail Association Training Seminar

19

- "A Round Table Discussion on the Principles and Dynamics of Direct Supervision Jail Management" - Kansas City, MO; May 15th , American Jail Association's 24th Annual Training and Exhibitor's Conference

- "Training for Line Supervisors" – Overland Park, KS; March 14th – 16th , American Jail Association Training Seminar

- "Training for Line Supervisors in Direct Supervision" - Tampa, FL March 7th – 9th , American Jail Association Training Seminar

- "Basic Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Naples, FL; January 24th – 28th , Collier County Sheriff's Office

- "Basic Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Ft. Myers, FL; January 17th – 21st , South West Florida Criminal Justice Academy

**2004**

- "CMS Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Ft. Myers, FL; September 7 - 10, South West Florida Criminal Justice Academy

- "CMS Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Ft. Myers, FL; August 30th – September 3rd , South West Florida Criminal Justice Academy

- "CMS Transitional Training" (FTO Training for Trainers) – Ft. Myers, FL; August 26 - 27, South West Florida Criminal Justice Academy

- "Contemporary Jail Management Issues" – South Padre Island, TX; August 23rd , Texas Jail Association

- Key Note Speaker, – Third Indian Country Leadership Summit in Law Enforcement and Detention; July 9th , Albuquerque, NM; Bureau of Indian Affairs

- "Training for Line Supervisors in Direct Supervision Jails" – Peumansend Creek Regional Jail, Bowling Green, VA; American Jail Association Contract Training

- "Motivational Strategies for Organizational Leaders" – Mid-Atlantic States Correctional Associational Annual Conference, June 8th , Albany, NY

- "Jail Accreditation: Reaching for the Brass Ring" – Biloxi, MS; May 24th , Correctional Accreditation Managers Association Annual Conference

- "Fearless Leadership" – Beaumont, TX; May 17-19, In-Service Supervisory Training for the Jefferson County Sheriff's Office

- "A Round Table Discussion on the Principles and Dynamics of Direct Supervision Jail Management" - Birmingham, AL; April 18th, American Jail Association's 24th Annual Training and Exhibitor's Conference

- "Basic Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Ft. Myers, FL; March 29th – April 2nd, South West Florida Criminal Justice Academy

### 2003

- " Leadership and Management Symposium" – Incline Village, NV;  December 8-11, American Jail Association Training Seminar

- "Motivating Instructional Staff" – Philadelphia, PA; International Association of Correctional Training Personnel, November 4th, IACTP Annual Conference

- "Direct Supervision Training for Supervisors" – Columbia, SC; October 6 – 8, Richland County Detention Center

- "The Path to Organizational Accreditation" – Columbus, OH; October 3rd, Correctional Accreditation Association of Ohio Annual Conference

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 22 –25, American Jail Association Training Seminar

- "Basic Law Enforcement Field Training Officer Program" (FTO Training for Trainers) – Ft. Myers, FL;  September 8 - 12 , South West Florida Criminal Justice Training Academy

- "Training for Line Supervisors in Direct Supervision Jails" – Las Vegas, NV; June 9 - 11, American Jail Association Training Seminar

- "Transitional Training for New Supervisors" – Salt Lake, UT; June 4 – 5, Salt Lake County Sheriff's Office

- "A Round Table Discussion on the Principles and Dynamics of Direct Supervision Jail Management" - Albuquerque, NM;  May 4th, American Jail Association's 23rd Annual Training and Exhibitor's Conference

- "Training for Line Supervisors" – Wilmington, NC; April 31st - May 2nd, American Jail Association Training Seminar

- "Power and Politics" – Charleston, WV; January 13th , National Center for Rural Law Enforcement (NCRLE), Rural Executive Management Institute

**2002**

- "Jail Leadership and Management Symposium" – Reno, NV;  December 9-12, American Jail Association Training Seminar

- "Power and Politics" - Providence, RI; October 22nd, National Center for Rural Law Enforcement (NCRLE), Rural Executive Management Institute

- "Operating Indian Country Jails in a Time of Turbulence" - Reno, NV; October 24th , National Native American Law Enforcement (NNALEA) Annual Conference

-  "Common Sense Leadership" – Syracuse, NY: October 14-15, Onondaga County Sheriff's Office

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 30th –October 3rd, American Jail Association Training Seminar

-  "Basic Law Enforcement Field Training Officer Program" (FTO Training for Trainers)  – Ft. Myers, FL; September 9th – 13th, South West Florida Criminal Justice Academy

- "Innovations in Jail Management" – Albuquerque, NM; July 18th, NIC Indian County Jails Summit

- "Contemporary Issues Facing Ohio's Jails" – Canton, OH; June 4th , Ohio County Commissioner's and Administrator's Annual Conference

- "Planting Leadership Seeds", "Management by Design", and " Employee Motivation" – San Antonio; TX,  May 21-23, Texas Jail Association's Annual Training Conference

- "Accreditation Information Management Systems" – Columbus, OH; May 6th , 15th National Correctional Accreditation Managers Association Training Conference

- "The Principles and Dynamics of Direct Supervision Jail Management" -  Milwaukee, WI, April 28th , American Jail Association's 22nd Annual Training and Exhibitor's Conference

-  "Power and Politics" – Little Rock, AK; April 25th,  National Center for Rural Law Enforcement (NCRLE), Rural Executive Management Institute

- "Basic Field Training Officer Program" – Ft. Myers, FL; March 25-29,  South West Florida Criminal Justice Training Academy

- "Training for Trainers in Direct Supervision" Tampa, FL; March 18-21, American Jail Association Training Seminar

- "Youth in Crises: Suicide in Indian Country" – Standing Rock Reservation, Ft. Yates, ND; February 25-26, Standing Rock Sioux Tribe Outreach Program

- "Training for Line Supervisors in Direct Supervision Jails" – Las Vegas, NV; January 28 – 30, American Jail Association Training Seminar

**2001**

- "Jail Management and Leadership Symposium" – Incline Village, NV; December 3-6, American Jail Association Training Seminar

- "Training on a Limited Budget" – Green Bay, WI; November 15, National Training Conference for Criminal Justice and Community Leaders

- "Management Strategies for Indian County Jails" – Albuquerque, NM; October 25th, National Native American Law Enforcement Association's Annual Training Conference

- "FTO Program Development in Direct Supervision" – West Palm Beach, FL; October 15th, International Association Of Correctional Training Personnel Annual Conference and Exhibit

- "The Pros and Cons of Correctional Accreditation" –, Akron, OH; October 10th Correctional Accreditation Association of Ohio Annual Conference

- "Creating Ideas for Alternatives to Incarceration" Lexington, KY; October 8th, National Association of Pre-Trial Services Agencies Annual Conference

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; October 1-4, American Jail Association Training Seminar

- "Advanced FTO Training: Training for Trainers" – Ft. Myers, FL; August 6-8, South West Florida Criminal Justice Training Academy

- "Basic Field Training Officer Program" – Ft. Myers, FL; July 30th – August 3rd , South West Florida Criminal Justice Training Academy

- "Dealing With Jail Overcrowding" – Warren, OH; July 11th , Northeast Ohio Jail Administrators Association

- The Principles and Dynamics of Direct Supervision Jail Management" – Columbus, OH; April 22nd , American Jail Association's 21st Annual Training and Exhibitor's Conference

- "Leadership Training for Supervisors" – Syracuse, NY; April 1-2, Onondaga County Sheriff's Office In-Service Training

- "Basic Field Training Officer Program" – Ft. Myers, FL; March 12-18,  South West Florida Criminal Justice Training Academy

- "Training for Trainers in Direct Supervision" – Annapolis, MD, February 19-23, American Jail Association Agency Contract

- "Learning to Lead: Training for Supervisors and Administrators" – Charleston, WV, January 31 – February 2, West Virginia Regional Jail and Correctional Facility Authority

## 2000

- "Leadership, Ethics and Visioning" – Columbia, SC; December 11-13, American Jail Association Training Seminar

- "Reducing Jail Liability" – Columbus, OH; December 5th , Newly Elected Sheriff's Academy, Ohio Peace Officer Training Academy

- "Basic Field Training Officer Program" – Ft. Myers, FL; November 27th – December 1st , South West Florida Criminal Justice Training Academy

- "Creating Organizational Change" – Akron, OH; November 14th , Buckeye State Sheriffs' Association Annual Training Conference

- "Jail Leadership and Management Symposium" – Las Vegas, NV; October 23-26, American Jail Association Training Seminar

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 18 - 22, American Jail Association Training Seminar

- "Developing Supervisory Skills" – Standing Rock Reservation, Ft. Yates, ND; August 28-29, Regional Training Initiative in affiliation with the Bureau of Indian Affairs

- "Training: The Key to Staff Safety" and "Professional Recognition Through Certification" – San Antonio, TX; August 16 – 17, American Correctional Association's Annual Congress of Corrections

- "A Corrections Perspective: Issues and Answers" – Biloxi, MS; July 11th, National Organization of Black Law Enforcement Executives (NOBLE) Annual Training Conference

- "A Vision of Our Correctional Future" and "Managing Problem Employees" – Austin, TX; May 23rd, Texas Jail Association's Annual Training Conference

- "An Introduction to Direct Supervision Jail Management" – San Antonio, TX; May 24-26, US Department of Justice, Immigration and Naturalization Services

- "Leadership in Corrections" – Nashville, TN; May 8th, Tennessee Jail Manager's Association Annual Conference

- "Principles and Dynamics of Direct Supervision" – Sacramento, CA; April 30th, American Jail Association's 20th Annual Training and Exhibitor's Conference

- "An Introduction to Direct Supervision Jail Management" – Miami, FL; April 3-5, US Department of Justice, Immigration and Naturalization Services

- "Law Enforcement and Corrections in the 21st Century" – Tiffin, OH; April 8th, Graduate Studies Symposium, Tiffin University

- "Training for Line Supervisors" – Columbia, SC; April 30-31, Pamunky Regional Jail Authority In-Service Training Initiative

- "A Long Way From Mayberry: Training for Supervisors" – Charleston, WV; April 20-22, West Virginia Regional Jail and Correctional Facility Authority

- "Training for Line Supervisors in Direct Supervision" – Las Vegas, NV; March 13-15, American Jail Association Training Seminar

- "Innovation and Motivation: The Direction of America's Jails" – Irving, TX; February 24th, National Sales Conference of Evercom Telecommunications

- "Training for Line Supervisors in Direct Supervision" – Clearwater, FL; February 14-16, American Jail Association Training Seminar

**1999**

- "Training for Trainers in Direct Supervision" – Albuquerque, NM; December 13-16, American Jail Association Training Seminar

- "Jail Management and Leadership Strategies" – Lake Tahoe, NV; November 15-18, American Jail Association Training Seminar

25

- "Transitioning in a New Jail Training" – Minneapolis, MN; November 1-3, Hennepin County Sheriff's Office

- "Jail Security and Supervisory Training" – Caldwell, ID; October 25-27, Canyon County Sheriff's Office

- "Direct Supervision for Line Staff: Sessions 1 and 2" – Ft. Myers, FL. October 11-15, Lee County Sheriff's Office

- "Recruitment, Selection, and Retention of Staff" – Oneida Reservation, Green Bay, WI; September 29th, National Training Conference for Criminal Justice and Community Leaders

- "Direct Supervision Jail Symposium" – Pocono Mountains, PA; September 20- 23, American Jail Association Training Seminar

- "Direct Supervision Training for Line Staff" – Madison, WI; July 12-14, Madison County Sheriff's Office In-Service Training

- "Implementing an Inmate Processing Fee Program" – Charleston, WV; June 22-24, West Virginia Regional Jail and Correctional Facility Authority

- "Direct Supervision for Supervisors" Ft. Myers, FL; June 16-17, South West Florida Criminal Justice Academy

- "Principles and Dynamics of Direct Supervision" – Ft. Worth, TX; May 23rd American Jail Association's 19th Annual Training and Exhibitor's Conference

- "Supervisory Skills Training" – Caldwell, ID; May 4-7, Canyon County Sheriff's Office in affiliation with the Idaho POST Commission

- "Leadership, Ethics and Visioning" – Nashville, TN; April 26-28, American Jail Association Training Seminar

- "Implementing Direct Supervision Strategies" – Ft. Smith, AK; April 7-9, University of Arkansas, Criminal Justice Institute

- "Leadership and Managing Organizational Change" – Austin, TX: March 31st, Texas Association of Counties Annual Training Conference

- "Training for Line Supervisors" – Tampa, FL; March 22-24, American Jail Association Training Seminar

EXHIBIT 2