

**Gerry D. Billy, MCJ**
**President**

---

December 2, 2020

Mark Plants
Attorney at Law
Plants Law Offices
625 D. Street
South Charleston, West Virginia  25303

**RE: Supplemental Letter of Professional Opinion of Gerry Billy**

*In the Matter of:*

**Brad E. Proctor v. Roane County Commission, M.P. King, N.S. Stepp, S.A. McDonald, Z.W. Hartley**
**Civil Action Docket No.: 2:19-cv-00432**

Dear Attorney Plants:

This letter represents a supplement to my original report submitted to you on September 14, 2020 in the above referenced matter. Since my original submission, I have been provided with additional information, records, photographs and depositions. I have been asked by you to examine reports, testimony and other relevant materials in the review of the case as it relates to the police brutality and misconduct of Deputy Mike King and the deliberate indifference and negligence demonstrated by the Roane County Commission and Sheriff Todd Cole by their failure to investigate and respond to such repeated conduct in accordance with their own policies and procedures.

In preparation of this supplemental letter, I have been provided with the following documents for review:

- Depositions of Todd L. Cole, Mike King, Z. W. Hartley, and Brad Proctor
- Booking photograph and documents relevant to the arrest and booking of Brad Proctor
- Medical Records from the Braxton County Memorial Hospital relating to the Admission Information of Mr. Proctor at the Emergency Room, Radiological reports and findings, Multiple Trauma Report by the emergency provider, Triage Assessment and the X-Ray/CT reports taken of Mr. Proctor's injuries. Treatment reports were also among the documents examined which helped to illustrate the range of injuries sustained by Brad Proctor.

P.O. Box 115 · Newark, Ohio  43058
Cell: 740.404.1241 · email: sheriffbilly@alink.com · web: BillyandAssociates.com

EXHIBIT 4

- Policies and Procedures of the Roane County Sheriff's Office
- 2019-06-13 FOIA Response from Roane Co. Prosecuting Attorney - Sheriff's Office General Orders Manual
- FOIA Resp - RCSD Response to Amanda Johnson's Complaint.
- FOIA Resp - Use of force Report re Christopher Harper and Officer King
- FOIA Resp - Use of Force Report re Jacob Dodd and Officer King
- FOIA Resp - Use of Force Report re Keith Davis and Officer King.
- FOIA Resp - Use of Force Report re Shanna Amy and Officer Hickman.
- FOIA Resp - Pritt Law Firm David Idleman and Officer McDonald.
- Investigative Report
- Keith Davis
- Keith Davis Video

To be clear, this supplemental letter does not change my professional opinion about the malicious and wanton beating sustained by Mr. Proctor. This letter reinforces my opinion that the Roane County Commission and Sheriff Todd Cole turned a blind eye to the recurrent misconduct of Mike King for years without investigations into citizen complaints or even critical situations that demanded further inquiry and response.

According to its own policy, the Roane County Sheriff's Department (RCSD) should have conducted an internal investigation every time there is a use of force or a citizen complaint. There have been at least 12 separate incidents involving Deputy Mike King that any proficient administrator would have demanded an internal investigation. The fact is, the Sheriff's Office failed to investigate most of the complaints (investigating only 2 minor complaints of the 12) and failed to investigate ALL the serious complaints.  Particularly, the RCSD failed to investigate and ignored MP King's unnecessary shooting of a fleeing suspect in 9/2018.  MP King claimed a suspect tried to run over him while driving in reverse so MP King, fearing for his life, discharged his firearm at the suspect.  There was no internal investigation, however, the bullets struck the front tires and the passenger side door.  Clearly, MP King's narrative did not match the evidence at the scene. The Sheriff ignored the inconsistent evidence in the report and did not conduct an internal investigation. Instead he relied on the Kanawha County Sheriff's Department's Report, which was an investigation into a crime, NOT an investigation into the deputies' conduct.

One would have hoped that Deputy King would have used his body camera that had been provided by RCSD. Sheriff Cole did not follow his own bodycam policy.  King never used his bodycam nor did anyone in the administration check his bodycam for usage as required by the policy. One would think that after multiple citizen complaints including serious incidents, King would have been forced to engage his bodycam or face disciplinary action. Ignoring this logic however, is an earmark of deliberate indifference. Good officers prefer to wear their body cameras on for two primary reasons; first, it provides excellent documentation of their on-duty performance and second, they have nothing to hide.

P.O. Box 115 · Newark, Ohio  43058
Cell: 740.404.1241 · email: sheriffbilly@alink.com · web: BillyandAssociates.com

EXHIBIT 4

    While the matter at hand focuses on the police brutality administered by Mr. King in effecting the arrest of Brad Proctor, Roane County has repeatedly displayed deliberate indifference to his misconduct. As a six-term elected Sheriff and nearly four decades in law enforcement, I would have fired Mike King a long time ago. It bothers me greatly that since the beating of Brad Proctor, Roane County Deputy Mike King has been involved in two separate officer shootings in which both of the suspects died. I know nothing about the findings of each case but I know that civil actions have been filed.

Sincerely,

Gerry D. Billy //SS//

Gerry D. Billy, MCJ
Billy and Associates, LLC