

36 ADAMS STREET
P.O. BOX 607
CHAPMANVILLE, WV 25508-0607
304.310.4263 TELEPHONE
304.310.4264 FACSIMILE
rob@kuenzellaw.com

November 29, 2021

Honorable Thomas E. Johnston
P.O. Box 2546
Charleston, WV 25329-2546

**RE:** **Our File No.:** 7850
**Case:** Proctor, Brad v. Roane County Commission, et al
**Case No.:** 2:19-CV-00432
**Mediation Date:** March 16, 2021

Dear Judge Johnston:

    I served as mediator in the above styled matter on the above date; however, the matter did not resolve on that date. I have since continued to discuss the matter with counsel and I am pleased to report that the parties have since successfully resolved this matter. An Order reflecting the resolution of this action should be forthcoming.

    If you have any questions please feel free to contact me. I am,

                                                           Very truly yours,

                                                           *Robert Kuenzel*

                                                           Robert Kuenzel

RBK
Enclosure
cc: Counsel