IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**BRAD E. PROCTOR,**

      **Plaintiff,**

v.                                   **Civil Action No. 2:19-cv-00432**
                                       **Honorable Thomas E. Johnston**

**ROANE COUNTY COMMISSION and**
**M.P. KING,**

      **Defendants.**

## VOLUNTARY DISMISSAL OF DEFENDANT M. P. KING

**NOW COME** the Plaintiff, Brad E. Proctor, by counsel, Kevin P. Davis and Mark S. Plants, and Defendant, M. P. King, by counsel, Wendy E. Greve, Drannon L. Adkins, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that Defendant M. P. King is voluntarily dismissed from this matter with prejudice. Defendant King specifically preserves any and all venue and jurisdiction defenses. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that Defendant M. P. King is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 20\_\_\_\_.

                                                       _____
                                                       Honorable Thomas E. Johnston

**AGREED TO BY:**

/s/ Wendy E. Greve
Wendy E. Greve, Esq. (WVSB #6599)
Drannon L. Adkins, Esq. (WVSB #11384)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV  25301
*Counsel for Roane County Commission and M. P. King*


/s/ Mark S. Plants
Mark S. Plants, Esq.  (WVSB #9760)
Plants Law Offices
625 D Street
South Charleston, WV 25303
**Counsel for Plaintiff**

/s/ Kevin P. Davis
Kevin P. Davis, Esq. (WVSB #8687)
Kevin P. Davis Attorney at Law
PO Box 6067
Charleston, WV 25362
**Counsel for Plaintiff**